IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN C. PATZIUS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| THE CITY OF MADISON ILLINOIS | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT
## COUNT I

### WILLFUL AND WANTON

Now comes the plaintiff, John C. Patzius, by his attorneys, Bonifield & Rosenstengel, PC, and for his cause of action, against the defendant, the City of Madison Illinois, respectfully represents unto the Court as follows:

1. The plaintiff, is a citizen of St. Louis, Missouri.

2. The City of Madison Illinois is a city located in Madison County Illinois.

3. On October 14, 2015, Sergeant JD Harris was a member of the Madison Police Department.

4. On October 14, 2015 between 11:30 and 11:50 a.m., the defendant, the City of Madison acting through its agent, Sergeant JD Harris, was patrolling the streets in Madison, Illinois.

5. On that date and time the defendant, the City of Madison, acting through its agent, Sergeant JD Harris, observed a 2011 Honda Odyssey mini-van commit a traffic violation.

6. At the above mentioned time and place the defendant, the City of Madison, acting through its agent, Sergeant JD Harris, attempted to pull over the 2011 Honda Odyssey for a traffic stop but the 2011 Honda Odyssey fled from the scene.

7. At that time it was the duty of the defendant, the City of Madison, acting through its agent, Sergeant JD Harris, to refrain from willful and wanton conduct but that duty notwithstanding the defendant, the City of Madison, acting through its agent, Sergeant JD Harris, committed one or more of the following acts which constitutes willful and wanton conduct.

   a. The City of Madison, acting through its agent, disregarded established policies of the City in determining whether to participate in a high speed chase;

   b. The defendant, the City of Madison, acting through its agent, Sergeant JD Harris, participated in a high speed chase with the knowledge that such a high speed chase would put other innocent bystanders in extreme danger;

   c. The City of Madison, acting through its agent, Sergeant JD Harris, willfully and wantonly failed to engage dispatch and other supervisors in determining whether a high speed chase should be undertaken.

8. As a direct and proximate cause of one or more of the foregoing the defendant, the City of Madison, acting through its agent, Sergeant JD Harris, participated in a high speed pursuit of the 2011 Honda Odyssey through the City of Madison reaching speeds in excess of 100 mph.

9. As a further and direct and result of the City of Madison participating in the above mentioned high speed pursuit the vehicle being pursued by the police officer fled south bound on Highway 203 crossed into the northbound lanes of Illinois Route 203 striking the 2000 Chevrolet Silverado pick up truck being operated by the plaintiff, John Patzius, causing injuries and damages as hereinafter set fourth;

   a. The plaintiff has incurred medical bills in the past and is likely to incur medical bills in the future;

   b. The plaintiff has suffered pain in the past and is likely to suffer pain in the future;

   c. The plaintiff has suffered a loss of normal life and

is likely to suffer a loss of normal life in the future.

**WHEREFORE**, the plaintiff, John Patzius, prays for judgment against the defendant, the City of Madison, Illinois, for a fair and just award in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of costs.

John Patzius

s/Jon E. Rosenstengel

Jon E. Rosenstengel
Bonifield & Rosenstengel, P.C.
16 East Main Street
Belleville, IL 62220-1620
Ph: (618) 277-7740; 271-1414
Fx: (618) 277-5155
www.brlawfirm.com
jon@brlawfirm.com

PLAINTIFF DEMANDS JURY TRIAL.

PLAINTIFF REQUESTS CLERK TO ISSUE SUMMONS(ES).

THE DEFENDANT MAY BE SERVED AS FOLLOWS:

City of Madison
Administrative Offices
615 Madison Ave.
Madison, IL 62060