# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN C. PATZIUS ) | |
| ) | |
| Plaintiff, ) | Case Number: 16-cv-1056-MJR-SCW |
| ) | |
| v. ) | |
| ) | |
| CITY OF MADISON, ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

## JUDGMENT IN A CIVIL ACTION

Pursuant to the Order dated May 19, 2017 (reflecting the parties' settlement), this case is dismissed with prejudice, each party to bear his/its own costs unless otherwise provided in the settlement documents.

Dated: July 28, 2017

JUSTINE FLANAGAN, Acting Clerk of Court
s/ *Reid Hermann*
Deputy Clerk

Approved: s/ *Michael J. Reagan*
MICHAEL J. REAGAN
United States District Judge